IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| REBECCA TAGLE, § | |
| § | |
| Plaintiff, § | Civil Action No. 7:19-CV-00045 |
| § | |
| v. § | |
| § | |
| DIVERSIFIED CONSULTANTS, INC., § | |
| § | |
| Defendant. § | |
| § | |
| § | |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), plaintiff, Rebecca Tagle (plaintiff), and defendant, Diversified Consultants, Inc. (DCI), hereby stipulate to the dismissal of the above-styled case and any claims that were raised with prejudice, and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Whitney White | */s/* Amy L. Bennecoff Ginsburg |
| Whitney White, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| TX Bar No. 24075269 | Kimmel & Silverman, P.C. |
| S.D. TX Bar No. 1330256 | 30 East Butler Pike |
| Sessions Fishman Nathan & Israel | Ambler, PA 19002 |
| 900 Jackson Street, Suite 440 | Phone: 215-540-8888 |
| Dallas TX 75202 4473 | Fax: 877-788-2864 |
| Phone: 214-741-3001 | Email: teamkimmel@creditlaw.com |
| Email: wwhite@sessions.legal | Attorney for Plaintiff |
| Attorney for the Defendant | |
| | Date: April 26, 2019 |
| Date: April 26, 2019 | |

BY THE COURT:

_____
J.

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Whitney White, Esq.
Sessions Fishman Nathan & Israel
900 Jackson Street, Suite 440
Dallas TX 75202 4473
Phone: 214-741-3001
Email: wwhite@sessions.legal
Attorney for the Defendant


Dated: April 26, 2019　　　　　　　　　By: /s/ Amy L. Bennecoff Ginsburg
　　　　　　　　　　　　　　　　　　　　Amy L. Bennecoff Ginsburg, Esq.
　　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　　　30 E. Butler Avenue
　　　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　　　Tel: 215-540-8888
　　　　　　　　　　　　　　　　　　　　Fax: 215-540-8817
　　　　　　　　　　　　　　　　　　　　Email: teamkimmel@creditlaw.com
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff